ACCEPTED
03-14-00819-cv
5198000
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 3:29:41 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-14-00819-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 3:29:41 PM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS FOR THE THIRD COURT OF APPEALS DISTRICT OF TEXAS, AUSTIN, TEXAS

## JUDY WEIRICH,
**Appellant**

## VS.

## IESI CORPORATION AND SOUTHSIDE WRECKER, INC.,
**Appellees**

## ON APPEAL FROM THE 33RD JUDICIAL DISTRICT COURT OF BLANCO COUNTY, TEXAS
## CAUSE NO. CV07387

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEE

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS OF THE STATE OF TEXAS, AUSTIN, TEXAS:

NOW IESI CORPORATION ("IESI"), Appellee in this cause, and files this its Unopposed Motion for Extension of Time to File Brief of Appellee; and in support thereof would respectfully show this Honorable Court as follows:

1

**I.**

Appellant filed her brief on April 16, 2015. Appellee's Brief is currently due on May 18, 2015. This is the first request for an extension of the deadline for filing Brief of Appellee herein.

**II.**

In addition to the undersigned appellate counsel's typically busy trial and appellate schedule, the undersigned is engaged to an unusual extent at present in preparing a Motion for Summary Judgment with extensive evidence therein, as well as preparing for the upcoming trial of Cause No. 2008-08-4615-I, styled *Cowen Island Properties, L.P. vs. John R. Freeland, et al.* pending in the 445th Judicial District Court of Cameron County, Texas.

**III.**

By reason of the foregoing, Appellant respectfully requests of this Honorable Court a thirty-day extension until Wednesday, June 17, 2015 in which to file the Brief of Appellee in this matter. This extension of time will not work a hardship upon any party, and will facilitate the presentation of briefs sufficient to apprise the Court of the pertinent facts and law governing the issues at bar and to assist this Honorable Court in a correct and complete resolution thereof.

## IV.

Pursuant to Rule 10.1(a)(5), Tex. R. App. P., the undersigned counsel for Appellee has conferred with Mr. Zachary P. Hudler, counsel for Appellant, and Mr. George J. Petras, counsel for Co-Appellee, who do not oppose this extension motion of Appellee.

## V.

This extension is not sought for delay only, but so that justice may be done.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee respectfully prays that this Unopposed Motion for Extension to Time to File Brief of Appellee be granted; and for such other and further relief, at law or in equity, to which Appellee might show itself justly entitled.

Respectfully submitted,

THORNTON, BIECHLIN, SEGRATO, REYNOLDS & GUERRA, L.C.
100 N.E. Loop 410, Suite 500
San Antonio, TX 78216
Telephone: 210/342-5555
Telecopier: 210/525-0666

By: s/Vaughan E. Waters
     Vaughan E. Waters
     State Bar No. 20916700
     ATTORNEYS FOR IESI CORPORATION

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following this 7th day of May, 2015.

Mr. Zachary P. Hudler                       *VIA FACSIMILE TO 830/868-7636*
Zachary P. Hudler, PC
P.O. Box 1728
Johnson City, TX 78636
*Attorneys for Appellant*


Mr. George J. Petras                         *VIA FACSIMILE TO 512/334-9709*
The Petras Law Firm
1504 San Antonio St.
Austin, TX 78701
*Attorneys for Southside Wrecker, Inc.*


s/ Vaughan E. Waters
Vaughan E. Waters

4